UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

BARBARA K. NIXON-TINKELMAN,        :

               Plaintiff,        :        **ORDER**

       - against -        :        08 Civ. 4509 (BSJ)(FM)

NEW YORK CITY DEPARTMENT OF        :
HEALTH AND MENTAL HYGIENE,
                                             :
               Defendant.
-------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to the telephone conference held earlier today, it is hereby ORDERED that:

1. By November 13, 2009, the parties shall complete the continued deposition of Ms. Nixon-Tinkelman.

2. By November 13, 2009, the Defendant shall produce all documents responsive to Plaintiff's document requests.

3. Defendant's motion for summary judgment shall be served and filed by December 4, 2009. Opposition papers shall be served and filed by January 4, 2010. Reply papers may be filed by January 15, 2010.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09

      4.      The Clerk of the Court is respectfully requested to amend the caption of this case on CM/ECF to match the caption on the Complaint, i.e., Nixon-Tinkelman, not Tinkelman-Nixon.

SO ORDERED.

Dated:    New York, New York
November 2, 2009

_____
FRANK MAAS
United States Magistrate Judge

Copies to:

Hon. Barbara S. Jones
United States District Judge

Arnold H. Pedowitz, Esq.
Fax: (212) 354-6614

Christopher A. Seacord, Esq.
Assistant Corporation Counsel
Fax: (212) 341-3934